20 A.3d 1152

## IN THE MATTER OF FRED J. KLEIN, AN ATTORNEY AT LAW (ATTORNEY NO. 160071951).

June 21, 2011.

## ORDER

This matter having been duly presented to the Court on the application of the Director of the Office of Attorney Ethics and with the consent of Fred J. Klein through his attorney, Frederick E. Popovitch, Esquire, recommending that **FRED J. KLEIN** of **WOODBRIDGE,** who was admitted to the bar of this State in 1951, be transferred to disability inactive status pursuant to *Rule* 1:20–12;

And it appearing that **FRED J. KLEIN** lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **FRED J. KLEIN** is hereby transferred to disability inactive status pursuant to *Rule* 1:20–12, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **FRED J. KLEIN** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **FRED J. KLEIN** comply will *Rule* 1:20–20 governing incapacitated attorneys.